IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| LINDA LOPEZ, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:22-cv-00171-O |
| § | |
| TEXAS CHRISTIAN UNIVERSITY, § | |
| § | |
| Defendant. § | |

## ORDER

On December 27, 2022, the parties filed their Agreed Motion to Dismiss with Prejudice (ECF No. 31). According to the Joint Motion, the parties have reached a compromise and settlement of all claims asserted in the litigation and ask the Court to dismiss all of Plaintiff's claims against Defendant with prejudice, including any claims for attorneys' fees or costs. Pursuant to the Court's power under Federal Rule of Civil Procedure 41(a), the Court hereby **GRANTS** the Joint Motion for Order of Dismissal (ECF No. 31) and **DISMISSES the above captioned case with prejudice**. Final judgment shall issue.

**SO ORDERED** on this **28th day** of **December, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE